UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GLORIA JOHNSON

VERSUS

MACY'S DEPARTMENT STORE, ET AL.

CIVIL ACTION

NO. 14-226-JWD-RLB

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in the Supplemental Magistrate Judge's Report dated September 19, 2014, to which no objection was filed:

**IT IS ORDERED** that the plaintiff's Motion to Remand (R. Doc. 12) is **DENIED**.

Signed in Baton Rouge, Louisiana, on November 10, 2014.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**